### BROWN v. PLOTT.

(Filed December 3, 1901.)

1. APPEAL—*County Commissioners—Superior Court—Justice of the Peace—The Code, Sec. 2039—Terms of Court—Practice.*

An appeal, under The Code, Sec. 2039, from an order of the county commissioners, must be docketed at the succeeding term of the superior court.

2. WAIVER—*Laches—Agreement of Counsel—Continuance.*

A party by agreeing to a continuance of a case does not thereby waive the *laches* of the other party in failing to docket the appeal.

3. APPEAL—*Dismissal—Superior Court.*

A motion in the supreme court to dismiss an appeal because the complaint does not state a cause of action, will not be allowed where it appears that the appeal from an order of the county commissioners should have been dismissed in the superior court.

ACTION by George H. Brown and others against R. C. Plott, heard by Judge *A. L. Coble* and a jury, at August Term, 1901, of the Superior Court of IREDELL County. From a judgment for the defendant, the plaintiffs appealed.

*Armfield & Nattress,* and *Armfield & Turner,* for the plaintiffs.

*L. C. Caldwell,* and *Grier & Long,* for the defendant.

MONTGOMERY, J.   On May the 8th, 1900, the defendant appealed from an order made by the Board of Commissioners of Iredell County, granting certain changes in the public road over the lands of the defendant. The appeal bond was given on the 15th inst., and filed with the Clerk of the Board by the defendant's attorneys, with a request that the appeal and bond should be sent up by him at the next term of the Superior Court of Iredell, which would commence on the 21st of the same month and year. No further attention was paid to the appeal by the defendant's attorney until two